# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

KC **FILED**
FEB 2 6 2008
2-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America, ex, rel. WALTER STEVEN CARLOS-EL

**Defendant(s):** PEOPLE OF THE STATE OF ILLINOIS, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Walter Steven Carlos-El
#2007-0082858
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only**

Plaintiff:

Defendant:

08CV1176
JUDGE ST EVE
MAGISTRATE JUDGE SCHENKIER

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 General Habeas

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke     **Date:** 2/26/08