IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET (20th FLOOR)

(1 OF 2)
MHN

**FILED**
2-26-2008
FEB 26 2008  WB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CIVIL CASE NUMBER _____
(supplied by Clerk)

Walter Steven Carlos-EL
(PETITIONER)

08CV1176
JUDGE ST EVE
MAGISTRATE JUDGE SCHENKIER

-VS-

People OF THE STATE OF ILLINOIS
STATE'S ATTORNEY, RICHARD A. DEVINE
A.S.A, VERYL GAMBINO
ASSOCIATE JUDGE, STANLEY J. SACKS
SHERIFF, THOMAS DART
(RESPONDENTS)

CASE NO: OF STATE COURT DETAINMENT
# 06CR-5155 — PRE-TRIAL

## — COVER LETTER —

1.) Now comes: Petitioner, Walter Steven Carlos-EL and submits this "COVER LETTER" to the CLERK OF the UNITED STATES DISTRICT COURT HOUSE.

2.) Enclosed in the body of this letter is

the petitioner's "WRIT OF HABEAS CORPUS" and Four exhibits, listed as Follows... (A) Transcipts of the proceedings held on February 22, 2006 dismissing the entitled Cause Number — 06110359601 (via) an unconditional Nolle-prosequi. (B) Writ Order of Subpeona Duces Tecum. (C) Docket Number — 105524, for Habeas Corpus filed with the Illinois Supreme Court. (D) Denial of Default Judgement letter from the clerk of the Illinois Supreme Court, ordered by Justice Fitzgerald. (E) Judicial Notice submitted to the Circuit Court of Cook County, stamped received Oct. 04, 2007, 12:39 pm.

3.) Enclosed is an IN FORMA PAUPERIS APPLICATION and FINANCIAL AFFIDAVIT

4.) Petitioner states that he is incarcerated in Cook County Department of Corrections, is indigent and lacks adequate resources to meet all the requirements of filing said writ of Habeas Corpus

5.) Petitioner request that the enclosed Writ of Habeas Corpus be accepted Prima Facie upon the facts stated therein.

Respectfully Submitted
*Walter Steven Carlos-EL*
Walter Steven Carlos-EL