FILED
MAR 28 2008 RC
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

IN THE UNITED STATES DISTRICT COURT for the Northern District of Illinois Eastern Division

WALTER Steven. Carlos-El      3/24/08
                  Plaintiff-Petitioner
         VS

SHERIFF Tom DaRT           08C1176
Defendant            Judge, Amy St. Eve

## Notice of Motion

PLEASE TAKE NOTICE that Petitioner-Plaintiff WALTER Steven. Carlos-El, has caused to be filed in the above-captioned action the following documents, zero (0) copies of which are not provided Due to the lack of proper assistants from the above-named individuals.

(1.) Motion to Alter or Reconsiderate pursuant to federal rule of civil Procedure, rule 59(e)

(2) Notice of Motion.

Respectfully submitted
WALTER Steven Carlos-El

IN THE UNITED STATES
DISTRICT COURT for the
NORTHERN DISTRICT OF
Illinois
EASTERN Division

WALTER Stevens Carlos-El          3/24/08
    VS
Sheriff Tom Dart            Judge Amy St. Eve

### Notice of filing

PLEASE TAKE NOTICE the Petitioner Walter Stevens-Carlos-El has caused to be filed in the above-captioned action the following documents, zero (0) copies of which are hereby Not provided for each of the parties, because the Cook County Jail "Law Library" won't afford me the Material to copy the Documents.

(1.) Motion to Alter or Reconsiderate pursuant to Federal Rule of Civil Procedure, Rule 59(e)

(2) Notice of filing

Respectfully Submitted
Walter Stevens-Carlos-El

IN THE UNITED STATES
DISTRICT COURT for the
Northern District of
Illinois
Eastern Division

WALTER STEVEN Carlos-El                          3/24/08

   VS                                     Judge Amy St. Eve

SHERIFF TOM DART                                 08 C 1176

## CERTIFICATE OF SERVICE

PETITIONER WALTER STEVEN Carlos-El does hereby
certify that he has cause the above-named
individual to be served by placing a copy
of the following document in the U.S. Mails
on March 24, 2008, 1 class Postage prepaid,
Certified- Request for notice of filing to be
sent back filed Stamp to the Address below.


WALTER STEVEN Carlos-El
   # 20070082858
   P.O. Box 089002                    Respectfully Submitted
   Chicago, Illinois 60608            Walter Steven Carlos-El
   (Div-5)(Tier 1-L)