MHK

United States District Court
Northern District of Illinois
Eastern Division

Walter Steven.carlos-El vs Tom Dart et.al

civil no: 08cv1176

**FILED**
5-6-2008
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of Appeal

Now comes Walter Steven.carlos-El Pro'Se in want of counsel, and submit the Notice of Appeal in civil case No: 08cv1176 which Judge Amy St. Eve who was the Honorable Judge in the case; Walter Steven.carlos-El vs Tom Dart et.al in the writ of Habeas Corpus 28USC§2241.

Date
4-20-08

Respectfully submitted
Walter Steven carlos-el