UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division

WALTER STEVEN. carlos-El Vs TOM Dart ET.AL

civil no: 08cv1176

**FILED**
5-6-2008
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of Appeal

Now comes WALTER STEVEN. carlos-El Pro'se in WANT of counsel, AND submit the Notice of Appeal in civil case No: 08cv1176 which Judge AMY St. EVE who was the Honorable Judge in the case; WALTER STEVEN. Carlos-El Vs Tom Dart ET.AL in the Writ of HABEAS CORPUS 28USC§2241.

DATE
4-20-08

Respect Fully Submitted
Walter steven carlos-el

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv1176

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Walter Steven Carlos-El (Appellant) | | People of the State of Illinois (Appellees) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Walter Steven Carlos-El | Name | N/A |
| Firm | PRO SE #2007-0082858 | Firm | |
| Address | Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | St. Eve | Date Filed in District Court | 3/5/08 |
| Court Reporter | J. Rickhoff (ext 5562) | Date of Judgment | n/a |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 5/6/08 |

COUNSEL:    Appointed [ ]    Retained [ ]    Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

APPEAL, HABEAS, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−01176
*Internal Use Only*

| | |
|---|---|
| Carlos−El v. Devine et al<br>Assigned to: Honorable Amy J. St. Eve<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 03/05/2008<br>Date Terminated: 03/05/2008<br>Jury Demand: None<br>Nature of Suit: 530 Prisoner: Habeas Corpus<br>Jurisdiction: Federal Question |

**Petitioner**

**Walter Steven Carlos−El**
*United States of America, ex rel.*

represented by **Walter Steven Carlos−El**
#2007−0082858
Cook County Jail
P. O. Box 089002
Chicago, IL 60608
PRO SE

V.

**Respondent**

**People of the State of Illinois**

**Respondent**

**Richard A. Devine**
*States Attorney*

**Respondent**

**Veryl Gambino**
*A.S.A.*

**Respondent**

**Stanley J. Sacks**
*Associate Judge*

**Respondent**

**Thomas Dart**
*Sheriff*

**Service List**   represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph − 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence − Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | RECEIVED Petition for writ of habeas corpus and no copies by Walter Steven Carlos−El (Exhibits) (hp, ) (Entered: 02/27/2008) |

| | | |
|---|---|---|
| 02/26/2008 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 3 | APPLICATION by Petitioner Walter Steven Carlos−El for leave to proceed in forma pauperis and financial affidavit (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 4 | COVER LETTER from petitioner Walter Steven Carlos−El regarding filing writ of habeas corpus (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 6 | POST MARKED envelope for initiating document by Walter Steven Carlos−El (Document not scanned) (aew, ) (Entered: 03/06/2008) |
| 03/05/2008 | 5 | MINUTE entry before Judge Amy J. St. Eve : Petitioner, Walter Steven Carlos−El, currently incarcerated at Cook County Jail, has filed a petition for habeas corpus relief. However, Petitioner is not entitled to federal habeas relief at this time, and the Court dismisses the petition without prejudice. See Rule 4, Rules Governing § 2254 Cases. Petitioner's motion to proceed in forma pauperis 3 is denied. This case is terminated. [For further details see text below.] Civil case terminated. Mailed notice (hp, ) (Entered: 03/06/2008) |
| 03/28/2008 | 7 | MOTION by Petitioner Walter Steven Carlos−El to alter or for reconsider pursuant to Federal Rule of Civil Procedure, Rule 59(e)re 5 ; Notice of Filing (hp, ). (Entered: 03/31/2008) |
| 04/24/2008 | 8 | MINUTE entry before Judge Honorable Amy J. St. Eve:Petitioners motion for reconsideration of the Courts 3/5/08 order 7 is denied.Mailed notice (tmh, ) (Entered: 04/24/2008) |
| 05/06/2008 | 9 | NOTICE of appeal by Walter Steven Carlos−El regarding orders, fee waived. (air, ) (Entered: 05/07/2008) |