MHN

UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division

WALTER STEVEN. Carlos-EL VS TOM DART ET. AL

Civil No. 08 CV 1176

**FILED**
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

5-6-2008  Designation of Record

Now comes WALTER Steven. Carlos-EL Pro'se in want of counsel, and submit the Designation of Records in civil case no. which Honorable AMY St. EVE in the Writ of Habeas Corpus pursuant to 28 U.S.C. §§ 2241. The Petitioner seeks to have all Documents, which are attached to the Writ as Exhibits to the Appeal.

DATE
4-30-08

Respectfully Submitted
Walter Steven. Carlos-EL

4-30-08

United States District Court
Northern District of Illinois
Eastern Division

Walter Steven. Carlos-El Vs Tom Dart, et, Al.

Civil No. 08 cv 1176

**FILED**
MAY 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of filing

Please take notice that I Walter Carlos-El Pro'se in want of counsel, and served Notice of filing on the clerk of the court, and seek for the court to file all Document Attached to the Writ of Habeas Corpus 28 U.S.C. §2241. Due to Cook county Division 5 not having a constitutional acceptable Law Library pursuant to Bounds vs Smith Louis vs casey which Affords pre-trial Detainee's with a constitutional acceptable Establishment to do research. At this time I put the on Notice of this violation, and let the court take "Judicial Notice"

Date                           Respectfully submitted
4-30-08                        Walter Steven Carlos-EL

Address Walter Steven. Carlos-El
P.O. Box 089062, Div (5)
Chicago, IL 60604

United States District Court
Northern District of Illinois
Eastern Division

Walter Steven. carlos-El vs Tom Dart, et. Al

Civil No: 08 cv 1176

Certificate of Service

Now comes Walter Steven. carlos-El Pro'se, in want of counsel, and submit the Certificate of Service, in civil no. 08 cv 1176 which Amy St. Eve set forth Document (writ of Habeas corpus, 2241) which was denyed without Legal Reasoning. Petitioner Served upon the United States District clerk at 219 S. Dearborn, Chicago Illinois 60604, from the address of 750 S. State Street Elgin, Illinois, 60123

Date
4-30-08

Respectfully Submitted
Walter Steven. carlos