MFK

United States District Court
Northern District of Illinois
Eastern Division

Walter Steven. Carlos-El Vs Tom Dart ET.AL

civil no: 08cv1176

FILED
5-6-2008
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of Appeal

Now comes Walter Steven. Carlos-El Pro'se in want of counsel, and submit the Notice of Appeal in civil case No: 08cv1176 which Judge Amy St. Eve who was the Honorable Judge in the case; Walter Steven. Carlos-El Vs Tom Dart ET.AL in the Writ of Habeas Corpus 28USC§2241.

Date
4-20-08

Respectfully Submitted
Walter Steven Carlos-el

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv1176

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Walter Steven Carlos-El (Appellant) | | People of the State of Illinois |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Walter Steven Carlos-El | Name | n/a |
| Firm | #2007-0082858 | Firm | |
| Address | Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | Address | |
| Phone | n/a | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | St. Eve | Date Filed in District Court | 3/5/08 |
| Court Reporter | J. Rickhoff (ext 5562) | Date of Judgment | 3/6/08 |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 5/15/08 |

COUNSEL: Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS: Paid [ ]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1176 | **DATE** | 3/5/2008 |
| **CASE TITLE** | U.S. ex rel. Walter Carlos-El (#2007-0082858) v. People of the State of Illinois | | |

**DOCKET ENTRY TEXT:**

Petitioner, Walter Steven Carlos-El, currently incarcerated at Cook County Jail, has filed a petition for habeas corpus relief. However, Petitioner is not entitled to federal habeas relief at this time, and the Court dismisses the petition without prejudice. *See* Rule 4, Rules Governing § 2254 Cases. Petitioner's motion to proceed *in forma pauperis* [3] is denied. This case is terminated.

■ **[For further details see text below.]**                                                     Docketing to mail notices.

### STATEMENT

    Petitioner, Walter Steven Carlos-El (#2007-0082858), currently incarcerated at Cook County Jail, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserts several challenges to his pending state criminal proceedings, and he argues that his arrest and search were conducted without a warrant or probable cause, that he was improperly indicted for burglary, that he is unable to call witnesses at trial, and that he was improperly administered medication for a mental condition in order to make him fit for trial.

    Federal courts do not interfere with pending state criminal proceedings except in special circumstances, and only after the petitioner has exhausted state court remedies. *Younger v. Harris*, 401 U.S. 37 (1971); *see also Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 489-92 (1973); *United States v. Castor*, 937 F.2d 293, 296-97 (7th Cir. 1991); *Neville v. Cavanaugh*, 611 F.2d 673, 675 (7th Cir. 1979). Special circumstances are generally limited to issues of double jeopardy and speedy trial. *See Braden,* 410 U.S. 484, 488-90 (speedy trial claim); *Blanck v. Waukesha County,* 48 F. Supp.2d 859, 860 (E.D. Wisc. 1999) (discussing double jeopardy claims); *see also Williams v. Bush*, 2007 WL 3197202, *1 (E.D. Mo. Oct 26, 2007).

    The current petition does not present special circumstances. Petitioner's current habeas challenges, which would be moot if the criminal proceedings end in his favor, present claims that may be raised in this Court only after Petitioner has been convicted and has exhausted state court remedies. Petitioner's claims do not warrant this Court interfering with an ongoing state criminal proceeding. Accordingly, the Court dismisses Petitioner's current petition for federal habeas relief.

|  | isk |
|---|---|

APPEAL, HABEAS, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−01176
*Internal Use Only*

| | |
|---|---|
| Carlos−El v. Devine et al<br>Assigned to: Honorable Amy J. St. Eve<br>Case in other court:  08−02132<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 03/05/2008<br>Date Terminated: 03/05/2008<br>Jury Demand: None<br>Nature of Suit: 530 Prisoner: Habeas Corpus<br>Jurisdiction: Federal Question |

**Petitioner**

**Walter Steven Carlos−El**
*United States of America, ex rel.*

represented by **Walter Steven Carlos−El**
#2007−0082858
Cook County Jail
P. O. Box 089002
Chicago, IL 60608
PRO SE

V.

**Respondent**

**People of the State of Illinois**

**Respondent**

**Richard A. Devine**
*States Attorney*

**Respondent**

**Veryl Gambino**
*A.S.A.*

**Respondent**

**Stanley J. Sacks**
*Associate Judge*

**Respondent**

**Thomas Dart**
*Sheriff*

**Service List**   represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph − 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence − Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | RECEIVED Petition for writ of habeas corpus and no copies by Walter Steven Carlos−El (Exhibits) (hp, ) (Entered: 02/27/2008) |

| | | |
|---|---|---|
| 02/26/2008 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 3 | APPLICATION by Petitioner Walter Steven Carlos−El for leave to proceed in forma pauperis and financial affidavit (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 4 | COVER LETTER from petitioner Walter Steven Carlos−El regarding filing writ of habeas corpus (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 6 | POST MARKED envelope for initiating document by Walter Steven Carlos−El (Document not scanned) (aew, ) (Entered: 03/06/2008) |
| 03/05/2008 | 5 | MINUTE entry before Judge Amy J. St. Eve : Petitioner, Walter Steven Carlos−El, currently incarcerated at Cook County Jail, has filed a petition for habeas corpus relief. However, Petitioner is not entitled to federal habeas relief at this time, and the Court dismisses the petition without prejudice. See Rule 4, Rules Governing § 2254 Cases. Petitioner's motion to proceed in forma pauperis 3 is denied. This case is terminated. [For further details see text below.] Civil case terminated. Mailed notice (hp, ) (Entered: 03/06/2008) |
| 03/28/2008 | 7 | MOTION by Petitioner Walter Steven Carlos−El to alter or for reconsider pursuant to Federal Rule of Civil Procedure, Rule 59(e)re 5 ; Notice of Filing (hp, ). (Entered: 03/31/2008) |
| 04/24/2008 | 8 | MINUTE entry before Judge Honorable Amy J. St. Eve:Petitioners motion for reconsideration of the Courts 3/5/08 order 7 is denied.Mailed notice (tmh, ) (Entered: 04/24/2008) |
| 05/06/2008 | 9 | NOTICE of appeal by Walter Steven Carlos−El regarding orders, fee waived. (air, ) (Entered: 05/07/2008) |
| 05/06/2008 | 11 | DESIGNATION by Walter Steven Carlos−El of record on appeal. (air, ) (Entered: 05/07/2008) |
| 05/06/2008 | 13 | POST MARKED envelope for notice of appeal by Walter Steven Carlos−El (Document not scanned) (aew, ) (Entered: 05/13/2008) |
| 05/07/2008 | 10 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 9 . Notified counsel (air, ) (Entered: 05/07/2008) |
| 05/07/2008 | 12 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 9 ; USCA Case No. 08−2132 (hp, ) (Entered: 05/09/2008) |
| 05/15/2008 | 14 | NOTICE of appeal by Walter Steven Carlos−El regarding orders 5 fee waived. (air, ) (Entered: 05/16/2008) |