MAY 15 2008
FILED
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

WALTER Steven. Carlos-El
  vs
SHERIFF Tom Dort, ET. Al

Civil No. 08CV1176

## Designation of Records

Comes Now, WALTER Steven. Carlas-El in want of counsel, and seek to have all Documents included in the Appeal in case No. 08CV1176. Appellant seeks to have the Information in complaint 28 U.S.C. §2241 sent to the 7th Circuit court.

Date
6-12-08

Respectfully Submitted
Walter Steven. Carlos-El

IN THE United States District
Court Northern District
of Illinois
Eastern Division

WALTER Steven. Carlos-El
vs
SHERIFF Tom Dart, ET. AL

FILED
MAY 15 2008   MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cause No 08C 1176

### Notice Filing

Please take notice I Walter Steven Carlos-El has cause to be filed, the Notice of Appeal and Designation of Records, Certificate of Service on the civil case No: 08 CV 1176 in The Writ of Habeas Corpus 28 U.S.C. §2241

5-12-08
DATE

Respectfully Submitted
Walter Steven, Carlos-El

Return Stamp copy of Notice of Appeal
To: WALTER Steven. Carlos-El, ID 20070052858
P.O. Box 089002
Chicago, Illinois 60608
(Div 5) (1-4)

In The United States District Court Northern District of Illinois Eastern Division

WALTER Steven. carlos-El
         VS
SHERIFF Tom DarT, eT. Al

civil no. 08cv1176

Certificate of service

Now comes, WALTER Steven. carlos-El in want of counsel, and submits that he has served the United States District clerk at 219 S. DearBorn, chicago Illinois 60604 From the Address P.O. Box 089002 chicago IL, 60608

Date                Respectfully submitted
5-12-08             walter steven. carlos-El