# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1176 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Carlos-El vs. Divine, et al | | |

**DOCKET ENTRY TEXT**

Petitioner has filed a notice of appeal in this case. The Court declines to issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right or error with this Court's order dismissing his petition. *See* 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b).

■[ For further details see text below.]     Docketing to mail notices.

## STATEMENT

Petitioner, Walter Steven Carlos-El (#2007-0082858), currently incarcerated at Cook County Jail, filed a notice of appeal following the Court's dismissal of his 28 U.S.C. § 2241 petition challenging his pending state criminal proceedings. To the extent a certificate of appealability (COA) is required for his appeal, *see Stringer v. Williams,* 161 F.3d 259, 262 (5th Cir. 1998) (COA required for pretrial detainee appealing dismissal of a habeas challenge to state criminal proceedings); *but see Behr v. Ramsey,* 230 F.3d 268, 270 (7th Cir. 2000) (COA not required for state detainee appealing the dismissal of his § 2241 challenge to extradition procedures), a COA is not warranted in this case for the reasons stated by this Court in its March 5, 2008 and April 24, 2008 orders. (R. 5-1, 8-1.) Should Petitioner seek to pursue his appeal, he should submit to this Court an application to proceed *in forma pauperis* on appeal.

Courtroom Deputy Initials: TH