

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5670

May 22, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Walter Steven Carlos-El vs. Devine

U.S.D.C. DOCKET NO. : 08cv1176

U.S.C.A. DOCKET NO. : 08-2132

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)   **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

I, **MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Walter Steven Carlos-El vs. Devine.

USDC NO.   : 08cv1176

USCA NO.   : 08-2132

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 22nd day of May, 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        A. Rone, Deputy Clerk

APPEAL, HABEAS, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01176
### *Internal Use Only*

Carlos-El v. Devine et al
Assigned to: Honorable Amy J. St. Eve
Case in other court: 08-02132
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/05/2008
Date Terminated: 03/05/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Walter Steven Carlos-El**
*United States of America, ex rel.*

represented by **Walter Steven Carlos-El**
#2007-0082858
Cook County Jail
P. O. Box 089002
Chicago, IL 60608
PRO SE

V.

**Respondent**

**People of the State of Illinois**

**Respondent**

**Richard A. Devine**
*States Attorney*

**Respondent**

**Veryl Gambino**
*A.S.A.*

**Respondent**

**Stanley J. Sacks**
*Associate Judge*

**Respondent**

**Thomas Dart**
*Sheriff*

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph – 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

Prisoner Correspondence – Internal Use Only
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | RECEIVED Petition for writ of habeas corpus and no copies by Walter Steven Carlos–El (Exhibits) (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 3 | APPLICATION by Petitioner Walter Steven Carlos–El for leave to proceed in forma pauperis and financial affidavit (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 4 | COVER LETTER from petitioner Walter Steven Carlos–El regarding filing writ of habeas corpus (hp, ) (Entered: 02/27/2008) |
| 02/26/2008 | 5 | POST MARKED envelope for initiating document by Walter Steven Carlos–El (Document not scanned) (aew, ) (Entered: 03/06/2008) |
| 03/05/2008 | 6 | MINUTE entry before Judge Amy J. St. Eve : Petitioner, Walter Steven Carlos–El, currently incarcerated at Cook County Jail, has filed a petition for habeas corpus relief. However, Petitioner is not entitled to federal habeas relief at this time, and the Court dismisses the petition without prejudice. See Rule 4, Rules Governing § 2254 Cases. Petitioner's motion to proceed in forma pauperis 3 is denied. This case is terminated. [For further details see text below.] Civil case terminated. Mailed notice (hp, ) (Entered: 03/06/2008) |
| 03/28/2008 | 7 | MOTION by Petitioner Walter Steven Carlos–El to alter or for reconsider pursuant to Federal Rule of Civil Procedure, Rule 59(e)re 5 ; Notice of Filing (hp, ). (Entered: 03/31/2008) |
| 04/24/2008 | 8 | MINUTE entry before Judge Honorable Amy J. St. Eve:Petitioners motion for reconsideration of the Courts 3/5/08 order 7 is denied.Mailed notice (tmh, ) (Entered: 04/24/2008) |
| 05/06/2008 | 9 | NOTICE of appeal by Walter Steven Carlos–El regarding orders, fee waived. (air, ) (Entered: 05/07/2008) |
| 05/06/2008 | 11 | DESIGNATION by Walter Steven Carlos–El of record on appeal. (air, ) (Entered: 05/07/2008) |
| 05/06/2008 | 12 | POST MARKED envelope for notice of appeal by Walter Steven Carlos–El (Document not scanned) (aew, ) (Entered: 05/13/2008) |
| 05/07/2008 | 10 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 9 . Notified counsel (air, ) (Entered: 05/07/2008) |
| 05/07/2008 | 13 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 9 ; USCA Case No. 08–2132 (hp, ) (Entered: 05/09/2008) |
| 05/15/2008 | 14 | NOTICE of appeal by Walter Steven Carlos–El regarding orders 5 fee waived. (air, ) (Entered: 05/16/2008) |
| 05/15/2008 | 16 | |

| | | |
|---|---|---|
| | | DESIGNATION by Walter Steven Carlos–El of record on appeal : USCA Case No. n/a. (air, ) (Entered: 05/16/2008) |
| 05/16/2008 | 15 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 14 . Notified counsel (air, ) (Entered: 05/16/2008) |
| 05/16/2008 | (17) | MINUTE entry before the Honorable Amy J. St. Eve: Petitioner has filed a notice of appeal in this case. The Court declines to issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right or error with this Court's order dismissing his petition. See 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b). [ For further details see text below.] Mailed notice (hp, ) (Entered: 05/19/2008) |
| 05/19/2008 | | (Court only) FORWARDED to the Appeal's Clerk copy of Minute Order dated 05/16/2008. (hp, ) (Entered: 05/19/2008) |

Key:
All circled items are included in record on appeal
All S/C items are sent under separate cover
All N/A items are not available
All / items are not sent with record on appeal