# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 09, 2008

*FILED JUN 11 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

| No.: 08-2132 | WALTER S. CARLOS-EL, Petitioner - Appellant<br><br>v.<br><br>PEOPLE OF THE STATE OF ILLINOIS, et al., Respondents - Appellees |
|---|---|
| No.: 08-2224 | WALTER S. CARLOS-EL, Petitioner - Appellant<br><br>v.<br><br>PEOPLE OF THE STATE OF ILLINOIS, RICHARD A. DEVINE, States Attorney, VERYL GAMBINO, A.S.A., et al., Respondents - Appellees |

**Originating Case Information:**
District Court No: 1:08-cv-01176
Northern District of Illinois, Eastern Division
District Judge Amy St. Eve

**Originating Case Information:**
District Court No: 1:08-cv-01176
Northern District of Illinois, Eastern Division
Court Reporter Joseph Rickhoff
Clerk/Agency Rep Michael Dobbins
District Judge Amy St. Eve

Upon consideration of the **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on May 16, 2008, by the pro se appellant:

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

form name: c7_Order_transferMotIFP (form ID: 182)