AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

WALTER S. CARLOS-EL ) Appeal from the United States District Court for the
                                                     ) NORTHERN District of ILLINOIS
                                                     )
v.     Case No. 08-2132 ) District Court No. 1:08-cv-01176
                 08-2224 )
PEOPLE OF THE STATE OF ILLINOIS, et al., ) District Court Judge Amy St. Eve

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) without prejudice
Signed: Walter Steven Carlos-El

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 5/12/2008

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $N/A | $0 | $N/A |
| Self-employment | $0 | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $0 | $N/A | $0 | $N/A |
| Interest and dividends | $0 | $N/A | $0 | $N/A |
| Gifts | $56.00 | $N/A | $0 | $N/A |
| Alimony | $0 | $N/A | $0 | $N/A |
| Child support | $0 | $N/A | $0 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/A | $0 | $N/A |
| Disability (such as social security, insurance payments) | $0 | $N/A | $0 | $N/A |
| Unemployment payments | $0 | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $0 | $N/A | $0 | $N/A |
| Other (specify): N/A | $0 | $N/A | $0 | $N/A |
| **Total monthly income:** | $700 | $N/A | $0 | $N/A |

U.S.C.A. – 7th Circuit
FILED
MAY 16 2008   DDS
GINO J. AGNELLO
CLERK

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| St. Joseph Hos. | Townsend, Md. | (11-04)-(4-05) | $1,480.00 |
| A.N.L.I. | " " | (12-99)(11-04) | $1,280.00 |
| Old Country Buffet | Baltimore, Md. | (5-97)(3-99) | $960.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | 0 |
| N/A | N/A | N/A | 0 |
| N/A | N/A | N/A | 0 |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | None | 0 | 0 |
| N/A | None | 0 | 0 |
| N/A | None | 0 | 0 |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration # N/A | N/A | N/A |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [✓] No Is property insurance included? [ ] Yes [✓] No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle expenses | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ N/A | $ N/A |

| | | |
|---|---|---|
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): N/A | $ 0 | $ 0 |
| Department store (name): N/A | $ 0 | $ 0 |
| Other: N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [✓] No   If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No   If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

I do not have an Attorney, however I am in need of one. How can I be appointed Counsel without expense?

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No   If yes, how much? $ _____N/A_____

If yes, state the person's name, address, and telephone number:

_I have no typist or typewriter or computer; will my case be dismissed because of those reasons?_

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

_I am indigent and incarcerated and only get a couple of dollars here and there from my sister on welfare. I can not afford to pay the docketing fees Nor am I able to afford an Attorney._

13. State the address of your legal residence.

_I am currently incarcerated at Cook County Department of Corrections P.O. Box 089002 Chicago, IL. 60608_

Your daytime phone number: (N/A) __N/A__

Your age: __44__  Your years of schooling: __12__

Your social-security number: ████████



**TRANSACTION REPORT**
Print Date: 05/12/2008

Inmate Name:     CARLOS, WALTER S.              Balance:      $0.02
Inmate Number:   20070082858
Inmate DOB:      12/14/1963

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 04/16/2008 | ORDER DEBIT | -5.05 | 0.02 |
| 04/16/2008 | CREDIT | 5.00 | 5.07 |
| 03/12/2008 | ORDER DEBIT | -0.60 | 0.07 |
| 02/27/2008 | ORDER DEBIT | -5.39 | 0.67 |
| 02/22/2008 | CREDIT | 6.00 | 6.06 |
| 02/08/2008 | RETURN CREDIT | 0.03 | 0.06 |
| 02/06/2008 | ORDER DEBIT | -25.00 | 0.03 |
| 02/02/2008 | RETURN CREDIT | 0.03 | 25.03 |
| 01/31/2008 | CREDIT | 25.00 | 25.00 |
| 01/30/2008 | ORDER DEBIT | -0.03 | 0.00 |
| 01/23/2008 | ORDER DEBIT | -5.00 | 0.03 |
| 01/18/2008 | RETURN CREDIT | 0.03 | 5.03 |
| 01/16/2008 | CREDIT | 5.00 | 5.00 |
| 01/16/2008 | ORDER DEBIT | -0.03 | 0.00 |
| 12/24/2007 | ORDER DEBIT | -5.10 | 0.03 |
| 12/21/2007 | RETURN CREDIT | 0.12 | 5.13 |
| 12/19/2007 | CREDIT | 5.00 | 5.01 |
| 12/18/2007 | ORDER DEBIT | -0.12 | 0.01 |
| 11/27/2007 | ORDER DEBIT | -9.87 | 0.13 |
| 11/21/2007 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved