# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1176 (App. Nos. 08-2132 c/w 08-2224) | **DATE** | 6/27/2008 |
| **CASE TITLE** | U.S. ex rel. Walter Carlos-El (#2007-0082858) v. People of the State of Illinois | | |

**DOCKET ENTRY TEXT:**

The petitioner's motion for leave to appeal *in forma pauperis* [#24] is granted. The clerk is directed to send a copy of this order to the PLRA Attorney, U.S. Court of Appeals for the Seventh Circuit.

■ [**For further details see text below.**]                                                             Docketing to mail notices.

## STATEMENT

The petitioner, Walter Carlos-El (#2007-0082858), currently incarcerated at Cook County Jail, seeks to proceed *in forma pauperis* for his appeal following this Court's dismissal of his petition for habeas corpus relief. By Minute Order of March 5, 2008, the court denied the habeas petition.

The petitioner has filed a notice of appeal from the final judgment and seeks leave to proceed on his appeal *in forma pauperis*. The court denied to issue a certificate of appealability for petitioner's appeal by Minute Order of May 16, 2008. Nevertheless, the petitioner appears to be unable to pay the appellate filing fee and can satisfy the criteria set forth in Fed. R. App. P. 24(a). Accordingly, the petitioner's motion for leave to appeal *in forma pauperis* is granted.

The clerk is directed to send a copy of this order to the PLRA Attorney, U.S. Court of Appeals for the Seventh Circuit.

isk