

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 5, 2008

**FILED**

SEP 0 5 2008  YM
Sep 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago , IL 60604-0000

| No.: 08-2132 | WALTER S. CARLOS-EL, Petitioner - Appellant<br><br>v.<br><br>PEOPLE OF THE STATE OF ILLINOIS, et al., Respondents - Appellees |
|---|---|
| No.: 08-2224 | WALTER S. CARLOS-EL, Petitioner - Appellant<br><br>v.<br><br>PEOPLE OF THE STATE OF ILLINOIS, RICHARD A. DEVINE, States Attorney, VERYL GAMBINO, A.S.A., et al., Respondents - Appellees |

District Court No: 1:08-cv-01176    O8 cv 1176
Northern District of Illinois, Eastern Division
Court Reporter Joseph Rickhoff

Clerk/Agency Rep Michael Dobbins
District Judge Amy St. Eve

District Court No: 1:08-cv-01176
Northern District of Illinois, Eastern Division
Court Reporter Joseph Rickhoff
Clerk/Agency Rep Michael Dobbins
District Judge Amy St. Eve

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:    Entire record returned consisting of

Pleadings:    √    1

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:                                Received by:

_____              _____

form name: c7_Mandate (form ID: 135)